**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALDEN ESTATES OF SHOREWOOD, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff; | ) | Case No. 1:18-cv-3826 |
| | ) | |
| vs. | ) | |
| | ) | |
| ARCH SPECIALTY INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendant ARCH SPECIALTY INSURANCE COMPANY ("Arch"), by and through their attorneys, BatesCarey LLP, with full reservation of any and all defenses, objections, and exceptions, hereby provides Notice of Removal of this civil action from the Circuit Court of Will County, State of Illinois, to the United States District Court for the Northern District of Illinois, the judicial district where this matter is now pending.  In support thereof, Arch states as follows:

1. On or about March 27, 2012, Plaintiff ALDEN ESTATES OF SHOREWOOD, INC. ("Alden"), commenced this action in the Circuit Court of Will County, State of Illinois, case number 18-MR-1249.  The Circuit Court of Will County, State of Illinois is within the judicial district of this Court.

2. All process, pleadings, and papers that have been filed and served on Arch in this action is  attached hereto as Exhibits A

3. Service of process was made pursuant to a Summons issued to R&Q and dated May 2, 2018.  The alias summons was served on Arch on May 2, 2018 via the Illinois

Department of Insurance. The Illinois Department submitted the Summons and Complaint to Arch by way of a letter dated May 8, 2018 and postmarked May 9, 2018. Exhibit B

4.      This Notice is timely filed pursuant to 28 U.S.C. § 1446(b).

5.      This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332, and R&Q may remove this action under the provisions of 28 U.S.C. § 1441 because it is a civil action in which the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

6.      Complete diversity of citizenship exists between plaintiff and defendants in that (a) Alden is a citizen of the state of Illinois, (b) Arch is a corporation organized under the laws of the State of Missouri with its principal place of business in the State of New Jersey.

7.      The amount in controversy, as pled in plaintiff's complaint, exceeds $75,000, exclusive of interest and costs.

8.      Concurrently with filing this Notice of Removal, Arch is giving written notice of the filing of this Notice of Removal to all parties of record, and is filing a copy of the Notice of Removal with the Clerk of the Circuit Court of Will County, State of Illinois, as required by 28 U.S.C. § 1446(d).

WHEREFORE, ARCH SPECIALTY INSURANCE COMPANY respectfully requests that this action be removed from the Circuit Court of Will County, State of Illinois, to this Court as a removed claim or cause of action under 28 U.S.C. §§1441 and 1446.

Dated: May 31, 2018

Respectfully submitted,

By:     /s/ Arthur F. Brandt

Matthew M. Murphy
Arthur F. Brandt

BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3100
(312) 762-3200 (fax)

Counsel for Defendant Aspen Specialty Insurance
Company

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that he served a copy of the above Notice of Removal upon all counsel listed below via the CM/ECF filing system on this 26th day of April, 2012:

> Daniel F. Gallagher
> Michele T. Oshman
> Querrey & Harrow, Ltd.
> 175 West Jackson Blvd, Suite 1600
> Chicago, Illinois 60604
> (312) 540-7000
> ***Attorneys for the Rehabilitator***
>
> -and-
>
> Kevin J. Caplis
> Anthony R. Gambardella
> Michael E. Buckley
> Rivkin Radler LLP
> 926 RXR Plaza
> Uniondale, NY 11556
> (516) 357-3000
> *Attorneys for Sirius America Insurance Company*

_____/s/ Arthur F. Brandt_____

434997

4